ORIGINAL



FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0044



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0044

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

**GRANT OF EXTENSION**

JOSEPH RICHARD POLAK II,

     Defendant and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 17, 2020, to prepare, file, and serve the Appellant's brief.

DATED this May 19, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Ann Marie McKittrick, Ed E. Zink, Timothy Charles Fox, Scott D. Twito, Chad M. Wright